# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVIN MARSH, JR. | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 10-6893 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | |
| Respondents. | |

## ORDER

AND NOW, this 28 day of Feb, 2011, upon independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin and Objections thereto dated February 11, 2011, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.